United States District Court
Southern District of Texas
**ENTERED**
January 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:24-CR-00592 |
| | § | |
| ROGELIO RODRIGUEZ | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on November 4, 2024. A petition for action on pretrial release was filed on January 27, 2025 with the Court alleging that Defendant violated condition 1 of his bond conditions ordering that he not commit any new Federal, State, or local offense while on release. The details of the allegations are listed in the petition. (D.E. 25). At the hearing today, Defendant stood silent on the allegation. The government asked the court, without objection, to take judicial notice of the criminal complaint pending in 2:25-MJ-56. The Court took judicial notice of the fact in the complaint. The Court **FINDS** the allegation to be **TRUE**.

The following requires detention of the defendant pending trial in this case:

(1)     There is probable cause to believe Defendant has committed another Federal, State, or local crime while on release; and

(2)      Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 29, 2025.

Julie K. Hampton
United States Magistrate Judge

2 / 2